United States District Court
Southern District of Texas
**ENTERED**
October 30, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ENERGYLINK CORPORATION d/b/a ENERGYLINK INTERNATIONAL, *Plaintiff*, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-626 |
| BRADEN GROUP B.V. f/k/a INNOVA GLOBAL EUROPE B.V. and BRADEN AMERICAS, INC., *Defendants*. | § § § § § | |

## ORDER

The parties have both filed lawsuits against the other. EnergyLink Corporation d/b/a EnergyLink International ("EnergyLink") sued Braden Group B.V. f/k/a Innova Global Europe B.V. in Cause No. 4:23-cv-626 on February 17, 2023. Braden Group B.V. and Braden Americas, Inc. (collectively, "Braden") sued EnergyLink International and EnergyLink Corporation in Cause No. 4:23-cv-630. That lawsuit was also filed on February 17, 2023. The former lawsuit contains pleadings under the federal declaratory judgment act, the Lanham Act, and multiple state claims relating to business disparagement and unfair competition. The latter lawsuit contains claims of copyright violations plus it seeks a declaratory judgment that it did not commit the various acts of unfair competition. Various motions for dismissal and judgment on the pleadings have been filed. The cases were consolidated by this Court under Cause No. 4:23-cv-626.

This Court has reviewed the pleadings and pending motions. It hereby denies without prejudice all pending motions to dismiss and for judgment on the pleadings. Those issues may be addressed in a subsequent Rule 56 motion.

It also hereby realigns the parties. As of the date of this order, this case shall be styled as follows:

| | | |
|---|---|---|
| BRADEN GROUP B.V. and BRADEN AMERICAS, INC., | § § § | |
| *Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-626 |
| | § | |
| ENERGYLINK CORPORATION d/b/a ENERGYLINK INTERNATIONAL, | § § | |
| *Defendants.* | § | |

All future pleadings shall reflect this style. The Court also orders the Braden Plaintiffs to file a First Amended Complaint by December 1, 2023. The EnergyLink Defendant shall file its answer (and counterclaims) by January 5, 2024. The Court intends these new pleadings to accurately reflect the positions of both parties now that realignment has occurred. This order replaces the amended pleading deadline contained in the scheduling order. All other dates remain intact. If this remaining schedule proves unfeasible, the parties have leave to file a joint motion to amend.

In conclusion, Braden's pending motion to dismiss (Doc. No. 8) and EnergyLink's Motion for Judgment on the Pleadings (originally filed as Doc. No. 41 in Cause No. 4:23-cv-630) are denied without prejudice. EnergyLink's Motion for Leave to File Sur-Sur-Reply in Support of Motion for Judgment on the Pleadings (Doc. No. 37) is denied as moot. The parties are realigned as set out above and both sides are to file amended pleadings as outlined above.

SIGNED this 27 day of October 2023.

Andrew S. Hanen
United States District Judge

2